UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS SENIOR, *on behalf of herself and all other persons similarly situated*,

                      Plaintiffs,

-v-

FESTOOL USA LLC,

                      Defendant.

23-CV-8050 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

       All filing deadlines and conference dates are adjourned *sine die*.

       SO ORDERED.

Dated: October 12, 2023
       New York, New York

                                            _____
                                            J. PAUL OETKEN
                                            United States District Judge